IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DARYL BLYDEN,** | ) | **CASE NO. 7:15CV00042** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD W. CLARKE, ET AL.,** | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Defendants' motions for summary judgment (docket nos. 24 and 36) are **GRANTED** as to plaintiff's claims under 42 U.S.C. § 1983, and all such claims are **DISMISSED** with prejudice, except his law library claims, which are **DISMISSED** without prejudice;

2. Plaintiff's claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c);

3. Plaintiff's motion to alter or amend the reassignment of this case (docket no. 43) is **DENIED**; and

4. The clerk **SHALL** strike the case from the active docket of the court and provide the parties with a true copy of the summary judgment opinion entered this day in the related case of *Peters v. Clarke*, No. 7:14CV00598.

**ENTER**: This 26th day of August, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE